United States District Court
Southern District of Texas
**ENTERED**
May 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. H-22-533 |
| | § | |
| FABRICE MAHINGA | § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is defendant's *pro se* motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and for appointment of counsel. (Docket Entry No. 45.) The Government has filed a response in opposition. (Docket Entry No. 47.)

Having considered the motion, the response, the record, and the applicable law, the Court **DENIES** the motion for the reasons shown below.

### I. BACKGROUND AND CLAIMS

Defendant pleaded guilty to aiding and assisting in preparation and filing of false income tax returns in violation of 26 U.S.C. § 7206(2), and was sentenced to a 33-month term of imprisonment on September 15, 2023. (Docket Entry No. 40.)

Defendant contends in his pending motion that he is entitled to a two-level reduction under the "status points" provision of Part A to Amendment 821 under United States Sentencing Guideline ("U.S.S.G.") section 4A1.1(e).

## II. ANALYSIS

Part A of Amendment 821 addresses "status points," the additional criminal history points given to offenders who committed the offense of conviction while under a criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status. Under Part A, offenders with six or fewer criminal history points will no longer receive status points, and offenders with seven or more criminal history points will only receive one status point instead of two. *See* U.S.S.G. § 4A1.1(e).

The record shows that defendant did not receive any status points for sentencing purposes. Consequently, Part A of Amendment 821 provides defendant no basis for a sentence reduction and his motion must be denied.

Because defendant is not entitled to a sentence reduction, the Court will not undertake consideration of any applicable section 3553(a) sentencing factors.

## III. CONCLUSION

Defendant's request for appointment of counsel is **DENIED AS MOOT**.

Defendant's motion for a sentence reduction (Docket Entry No. 45) is **DENIED**.

Signed at Houston, Texas, on this the 21st day of May, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE